*State, Respondent, v. Busev, Petitioner,* No. 74184-1. Petition for review of a decision of the Court of Appeals, No. 21118-5-III, June 12, 2003, 117 Wn. App. 1024. *Denied* February 3, 2004.

*Faith, et al., Petitioners, v. Milsow, et al., Respondents,* No. 74185-9. Petition for review of a decision of the Court of Appeals, No. 20929-6-III, May 13, 2003, 116 Wn. App. 1073. *Denied* February 3, 2004.

*State, Respondent, v. Fahnestock, Petitioner. State, Plaintiff, v. Magyar, Defendant,* No. 74189-1. Petition for review of a decision of the Court of Appeals, Nos. 50440-1-I, 50584-0-I, June 2, 2003, 117 Wn. App. 1009. *Denied* February 3, 2004.

*State, Respondent, v. Gutama, Petitioner,* No. 74191-3. Petition for review of a decision of the Court of Appeals, No. 50432-1-I, June 2, 2003, 117 Wn. App. 1008. *Denied* February 3, 2004.

*State, Respondent, v. Cook, Petitioner,* No. 74193-0. Petition for review of a decision of the Court of Appeals, No. 50461-4-I, June 9, 2003, 117 Wn. App. 1018. *Denied* February 3, 2004.

*State, Respondent, v. Baker, Petitioner,* No. 74198-1. Petition for review of a decision of the Court of Appeals, No. 21193-2-III, May 20, 2003, 116 Wn. App. 1077. *Denied* February 3, 2004.

*State, Respondent, v. Anstrom, Petitioner,* No. 74205-7. Petition for review of a decision of the Court of Appeals, No. 20920-2-III, May 29, 2003, 117 Wn. App. 1005. *Denied* February 3, 2004.